[Exempt From Filing Fee
Government Code § 6103]

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony N. DeMaria, #177894
  *anthony.demaria@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT, DENNIS FERRELL, AND SUSAN ANDREAS-BERVEL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| K.M. (a minor, by and through her parent and guardian ad litem, Brenda Markham),<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, DENNIS FERRELL IN HIS PROFESSIONAL CAPACITY AS DIRECTOR OF STUDENT SERVICES, AND SUSAN ANDREAS-BERVEL, IN HER PROFESSIONAL CAPACITY AS SUPERINTENDENT, AND DOES 1-10,<br><br>Defendants. | Case No. 1:17-CV-01431-LJO-JLT<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT;ORDER THEREON** |

## **STIPULATION OF THE PARTIES**

WHEREAS, K.M. (a minor, by and through her parent and guardian ad litem, Brenda Markham) ("Plaintiff") filed her First Amended Complaint in Case No. 1:17-CV-01431-LJO-JLT against Tehachapi Unified School District, Dennis Ferrell (in his professional capacity as Director of Student Services), and Susan Andreas-Bervel (in her professional capacity as Superintendent) (collectively, "Defendants") on November 13, 2017;

WHEREAS, Plaintiff served its Summons and First Amended Complaint on Defendants On December 8, 2017;

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1
JOINT STIPULATION FOR EXTENSION

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

WHEREAS, Defendants are required to serve their answer and/or respond to Plaintiff's First Amended Complaint by December 29, 2018, twenty-one days after service of the Summons and First Amended Complaint;

WHEREAS, Defendants have requested, and Plaintiff has agreed, to a twenty-eight (28) day extension to serve their answer and/or respond to the First Amended Complaint in light of the number and importance of the issues to be raised;

WHEREAS, this is Defendants' first request to extend time to respond to the First Amended Complaint;

WHEREAS, Local Rule 144 states that, "[u]nless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint…may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation" for extension;

NOW, THEREFORE, by and through counsel, the Parties hereby stipulate and agree that Defendants' answers and/or responses to Plaintiff's First Amended Complaint in Case No. 1:17-CV-01431-LJO-JLT shall be due on January 19, 2018.

IT IS SO STIPULATED.

Dated: December 28, 2017                    McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP


                                            By: ___/s/ Anthony N. DeMaria___
                                                Anthony N. DeMaria
                                            Attorneys for Defendants, Tehachapi Unified
                                            School District, Dennis Ferrell, and
                                            Susan Andreas-Bervel

| | |
|---|---|
| Dated: December 28, 2017 | Law Offices of Andrea Marcus |
| | By: /s/ Andrea Marcus |
| | Andrea Marcus |
| | Monique L. Fierro |
| | Attorneys for Plaintiff, K.M. |

IT IS SO ORDERED.

Dated: **December 28, 2017**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
JOINT STIPULATION FOR EXTENSION