1  LAW OFFICES OF ANDRÉA MARCUS
   Andréa Marcus (SBN 188098)
   133 E. De La Guerra Street, #143
2  Santa Barbara, CA 93101-2247
   Telephone: (888) 215-9021
3  Fax: (888) 215-9021
   andrea@andreamarcuslaw.com
4
   Attorney for Plaintiff
5

6  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
7  Anthony N. DeMaria, #177894
   Todd W. Baxter, #152212
8  7647 North Fresno Street
   Fresno, California 93720
9  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
10
   Attorneys for TEHACHAPI UNIFIED
11 SCHOOL DISTRICT DENNIS
   FERRELL & SUSAN ANDREAS-
12 BERVEL

13

14            UNITED STATES DISTRICT COURT

15       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

16

| | |
|---|---|
| K.M. (a minor, by and through her Parent and guardian ad litem, Brenda Markham), and Brenda Markham<br><br>Plaintiffs,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, DENNIS FERRELL IN HIS PROFESSIONAL AND INDIVIDUAL CAPACITY AS DIRECTOR OF STUDENT SERVICES, AND SUSAN ANDREAS-BERVEL, IN HER PROFESSIONAL AND INDIVIDUAL CAPACITY AS SUPERINTENDENT, AND DOES 1-10.<br><br>Defendant(s). | Case No.: 1:17−CV−01431−LJO−JLT<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT PRIOR TO DEFENDANT(S) ANSWER** |

**STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT PRIOR TO DEFENDANT(S) ANSWER**

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Defendants TEHACHAPI UNIFIED SCHOOL DISTRICT, DENNIS FERRELL AND SUSAN ANDREAS-BERVEL ("Defendant(s)") and Plaintiff, K.M. (a minor, by and through her Parent and Guardian ad Litem, BRENDA MARKHAM), AND BRENDA MARKHAM ("Plaintiffs"), as follows:

In light of the fact that Defendant(s) have not yet filed their answer to the Plaintiffs' First Amended Complaint, and errors noted by Plaintiffs' counsel in thier First Amended Complaint, the parties stipulate to allowing Plaintiffs to file the correspondingly-filed "Plaintiffs' Second Amended Complaint.

Dated: January 16, 2018     LAW OFFICE OF ANDREA MARCUS

By: _/s/ Andréa Marcus_
Andréa Marcus
Attorneys for K.M. (a minor, by and through her Parent and Guardian ad Litem, BRENDA MARKHAM) AND BRENDA MARKHAM

Dated: January 16, 2018     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _/s/ Anthony N. DeMaria_
Anthony N. DeMaria
Attorney for TEHACHAPI UNIFIED SCHOOL DISTRICT, DENNIS FERRELL AND SUSAN ANDREAS-BERVEL

IT IS SO ORDERED.     UNITED STATES MAGISTRATE JUDGE

Dated: January, 19 2018

_Jennifer L. Thurston_

By: Honorable Jennifer L. Thurston

2

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA**

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 years of age. My business address is 133 East De La Guerra Street, #143, Santa Barbara, California.

On January 16, 2018, I served true copies of the following document(s) described as **STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT PRIOR TO DEFENDANT(S) ANSWER, AND PLAINTIFF'S SECOND AMENDED COMPLAINT** on the interested parties in this action as follows:

> McCormick, Barstow, Sheppard, Wayte & Carruth LLP
> Anthony N. DeMaria, #177894
> Todd W. Baxter, #152212
> 7647 North Fresno Street
> Fresno, California 93720
> Telephone:  (559) 433-1300
> Facsimile:   (559) 433-2

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 16, 2018, Santa Barbara, California.


By: */s/ Andréa Marcus*
Andréa Marcus
Attorneys for K.M. (a minor, by and through her Parent and Guardian ad Litem, BRENDA MARKHAM)
AND BRENDA MARKHAM