# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.M. (a minor, by and through her parent and guardian ad litem, Brenda Markham; BRENDA MARKHAM,** | 1:17-cv-01431-LJO-JLT |
| **Plaintiffs,** | **ORDER DISMISSING WITH PREJUDICE PLAINTIFFS' CLAIMS UNDER 42 U.S.C. §§ 1983 AND 1985** |
| v. | |
| **TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,** | |
| **Defendants.** | |

On May 7, 2018, the Court dismissed Plaintiffs' claims under 42 U.S.C. §§ 1983 and 1985, but granted Plaintiffs 14 days leave to amend, if and only if the defects could be cured. The Court noted that if Plaintiffs did not elect to amend these claims, they would be dismissed with prejudice for all the reasons stated in the Court's May 7, 2018 (Doc. 25:18:23-19:4), order. Plaintiffs did not amend these claims.

Therefore, it is hereby ordered that Plaintiffs' claims pursuant to 42 U.S.C. § 1985 and § 1983 are DISMISSED with prejudice. The case shall proceed on the claims found cognizable in the Court's May 7, 2018, order.[1]

IT IS SO ORDERED.

Dated: __**June 4, 2018**__   _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] The parties' joint scheduling report indicates Plaintiffs' intent to seek amendment of the §§ 1983 and 1985 claims, but such amendment has not been timely filed. Plaintiffs were cautioned that failure to file within the 14-day deadline would result in dismissal with prejudice for all the reasons stated in the May 7, 2018, order.

1