# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M., by and through her guardian ad litem Brenda Markham, <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No.: 1:17-cv-1431 - LJO- JLT <br><br> ORDER DIRECTING BRENDA MARKHAM TO FILE A MOTION TO PROCEED AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.M. |

In the complaint filed in this action, Brenda Markham indicated that she is the mother of Plaintiff K.M. and would be proceeding as her guardian in this action. (*See* Doc. 2 at 1, 7) Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)). Here, though the complaint indicates a guardian is necessary for K.M., no motion for appointment of a guardian ad litem was filed by Ms. Markham. Because the claims of K.M. may only be brought "by a next friend or a guardian ad litem," a guardian must be appointed to protect her interests. *See* Fed. R. Civ. P. 17(c)(2).

///

1

Accordingly, the Court **ORDERS**: Plaintiffs **SHALL** file a motion for Ms. Markham to be appointed as guardian ad litem for minor plaintiff K.M. no later than **July 12, 2018**.

IT IS SO ORDERED.

Dated: **June 26, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE