1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Anthony N. DeMaria, #177894
   Vanessa M. Cohn, #314619
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for TEHACHAPI UNIFIED SCHOOL
6  DISTRICT, DENNIS FERRELL and SUSAN
   ANDREAS-BERVEL
7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11

12  K.M. (a minor, by and through her parent and        Case No. 1:17-cv-01431-LJO-JLT
    guardian ad litem, BRENDA MARKHAM),
                                                         **STIPULATION FOR THE**
13              Plaintiff,                                **CONTINUANCE OF NON-EXPERT**
                                                         **DISCOVERY DEADLINE; ORDER**
14         v.                                            **GRANTING EXTENSION TO THE NON-**
                                                         **EXPERT DISCOVERY DEADLINE**
15  TEHACHAPI UNIFIED SCHOOL                             **(Doc. 39)**
    DISTRICT, DENNIS FERRELL IN HIS
16  PROFESSIONAL CAPACITY AS
    DIRECTOR OF STUDENT SERVICES,
17  AND SUSAN ANDREAS-BERVEL, IN HER
    PROFESSIONAL CAPACI5TY AS
18  SUPERINTENDENT, and DOES 1 to 10,

19              Defendants.

20

21         IT IS HEREBY STIPULATED, by and between the parties through their respective counsel

22  of record, Plaintiff, K.M. (a minor, by and through her and Guardian ad Litem, BRENDA

23  MARKHAM) ("Plaintiff") and Defendant, TEHACHAPI UNIFIED SCHOOL DISTRICT

24  ("Defendant"), as follows:

25         1.      The parties stipulate and agree that good cause exists for an extension of the date set

26  forth herein, as the parties require a brief first extension to complete necessary discovery, including

27  the opportunity to complete written discovery and complete lay witness depositions, due to obstacles

28  posed by schedule conflicts.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

                                                                    1:17-cv-01431-LJO-JLT
       STIPULATION FOR THE CONTINUANCE OF NON-EXPERT DISCOVERY DEADLINE

2. The parties have not previously filed a request for extension of deadlines.

3. The parties, witnesses, and the Court will not be prejudiced by an extension of the deadline set forth herein, as all other deadlines will continue to track the non-dispositive and dispositive motion deadlines set by the Court pursuant to Dkt. 31.

4. Moreover, this first, brief extension will accommodate the lay witness depositions set by Plaintiff's counsel after the close of the Non-Expert Discovery cutoff date of January 11, 2019 (depositions presently set for January 21 and January 25, 2019, respectively).

5. In consideration of the above, the parties propose the following extension:

   a. An extension of the Non-Expert Discovery Cutoff date of January 11, 2019, to February 22, 2019.

6. Pursuant to Scheduling Conference Order of the Court, Dkt. 31, the Non-Dispositive and Dispositive Motion Deadlines shall remain as presently scheduled.


Dated: November ___, 2018                    Law Offices of Andréa Marcus



                                             By:_____
                                                       Andréa Marcus
                                                  Attorneys for Plaintiff, K.M.

Dated: November 21, 2018                     McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP



                                             By:_____/s/ Vanessa M. Cohn_____
                                                     Anthony N. DeMaria
                                                     Vanessa M. Cohn
                                             Attorneys for TEHACHAPI UNIFIED SCHOOL
                                                         DISTRICT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

## ORDER

Based upon the above stipulation, the Court **ORDERS** the Scheduling Order (Doc. 31) to be amended as follows:

    1.    All non-expert discovery **SHALL** be completed **no later than February 14, 2019**. **No other modifications to the case schedule are authorized**

IT IS SO ORDERED.

Dated:   **November 24, 2018**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3                    1:17-cv-01431-LJO-JLT

STIPULATION FOR THE CONTINUANCE OF NON-EXPERT DISCOVERY DEADLINE