1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Anthony N. DeMaria, #177894
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone:  (559) 433-1300
4  Facsimile:  (559) 433-2300

5  Attorneys for TEHACHAPI UNIFIED SCHOOL
   DISTRICT, DENNIS FERRELL and SUSAN
6  ANDREAS-BERVEL

7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11  K.M. (a minor, by and through her parent and guardian ad litem, BRENDA MARKHAM),<br>12               Plaintiff,<br>13       v.<br>14  TEHACHAPI UNIFIED SCHOOL DISTRICT, DENNIS FERRELL IN HIS PROFESSIONAL CAPACITY AS DIRECTOR OF STUDENT SERVICES, AND SUSAN ANDREAS-BERVEL, IN HER PROFESSIONAL CAPACITY AS SUPERINTENDENT, and DOES 1 to 10,<br>              Defendants. | Case No. 1:17-cv-01431-LJO-JLT<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br>(Doc. 55) |

20      IT IS HEREBY STIPULATED by and between the plaintiff K.M. (a minor, by and through

21 her parent and guardian ad litem, BRENDA MARKHAM), and defendants TEHACHAPI UNIFIED

22 SCHOOL DISTRICT, DENNIS FERRELL and SUSAN ANDREAS-BERVEL, by and through their

23 respective counsel of record, that the above-entitled action is dismissed, with prejudice, pursuant to

24 the provisions of F.R.C.P. 41(a)(1), with all issues of attorneys' fees and costs recently awarded

25 through a binding arbitration agreed to by the parties, and with no award of damages, attorneys' fees

26 or costs by this court.

27 / / /

28 / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER FOR DISMISSAL

The parties request that this Court retain jurisdiction to enforce a settlement reached by the parties.

Dated: July 9, 2019   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Anthony N. DeMaria*
Anthony N. DeMaria
Attorneys for TEHACHAPI UNIFIED SCHOOL DISTRICT, DENNIS FERRELL and SUSAN ANDREAS-BERVEL

Dated: July 9, 2019   LAW OFFICES OF ANDREA MARCUS

By: */s/ Andrea Marcus*
Andrea Marcus
Attorneys for Plaintiff, K.M. (a minor, by and through her parent and guardian ad litem, BRENDA MARKHAM)

**ORDER**

The parties have stipulated to dismiss the action with fees and costs to be paid consistent with the arbitrator's decision and the Court allowing no further fees or costs. (Doc. 55) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Thus, though the Court retains jurisdiction to enforce the settlement agreement, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **July 10, 2019**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE