STEPHANIE VIRREY GUTCHER (SBN 277833)
SCHOOLS LEGAL SERVICE
1300 17th Street (93301)
P. O. Box 2445
Bakersfield, CA 93303
Telephone: 661/636-4830
Facsimile:  661/636-4843
Email: sls@kern.org

Attorneys for Defendant Tehachapi Unified School District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M., a minor, by and through her Parent and Guardian ad Litem, BRENDA MARKHAM,<br><br>    Plaintiff,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 1:17-cv-01431-NONE-JLT<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE**<br><br>(Doc. 85) |

**IT IS HEREBY STIPULATED** by and between counsel for Defendant, Stephanie Virrey Gutcher, and counsel for Plaintiff, Andréa Marcus, that the briefing schedule be re-set as follows:

    1.    Defendant's Responsive Brief, currently due on September 11, 2020, will now be due September 18, 2020;

    2.    Plaintiff's Reply Brief, currently due on September 16, 2020, will now be due September 25, 2020.

This request is made due to Defendant's counsel's suddenly inundated schedule. Many of defense counsel's clients are working as quickly as possible to re-open their SDC classes, special education services, and get approval for in-person assessments. As such, much of counsel's week has been filled with last minute Zoom meetings, conferences, and applications to allow schools to start in-person instruction by the end of

SCHOOLS LEGAL SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

1

Case No. 1:17-cv-01431-NONE-JLT      Stip/[Proposed] Order Resetting Briefing Schedule

September for our most fragile students. Moreover, new cohort guidance was released on Friday, September 4, 2020, allowing a mix and match of teacher:student ratios, which allowed many more of our classes to re-open.

Defense counsel is requesting a single week extension to file the responsive brief. Defense counsel emailed opposing counsel and opposing counsel agreed to the one-week extension.

**IT IS SO STIPULATED.**

SCHOOLS LEGAL SERVICE

Dated: September 11, 2020         By: *Stephanie Virrey Gutcher*
                                                                  **STEPHANIE VIRREY GUTCHER**
                                                                  Attorneys for Defendant
                                                                  Tehachapi Unified School District

LAW OFFICES OF ANDRÉA MARCUS

Dated: September 11, 2020         By: *Andréa Marcus*
                                                                 **ANDRÉA MARCUS**
                                                                  Attorneys for Plaintiff K.M.

**O R D E R**

IT IS SO ORDERED.

Dated:  **September 11, 2020**           **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

SCHOOLS LEGAL SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

2

Case No. 1:17-cv-01431-NONE-JLT                             Stip/[Proposed] Order Resetting Briefing Schedule